UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-5665-DMG (KSx)** | Date | October 21, 2022 |
|---|---|---|---|

| Title | *Healthcare Ally Mgmt. of Cal., LLC v. The J. Paul Getty Trust* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF
SUBJECT MATTER JURISDICTION**

On August 11, 2022, Defendant, The J. Paul Getty Trust, filed a notice of removal of the Complaint, which asserts state law claims and was filed in the Los Angeles County Superior Court.  [Doc. # 1.]  Defendant claims that this Court has subject matter jurisdiction over the Complaint because Section 502(a) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(a)(1)(B), completely preempts Plaintiff's claims, where those claims seek recovery of benefits under an ERISA-governed health plan.  [Doc. # 1 at 2.]

The Court is not persuaded that complete preemption applies here.  Therefore, the Court directs Defendant to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction.  *See* 28 U.S.C. § 1447(c).  By **November 4, 2022**, Defendant shall file a brief not to exceed 10 pages explaining why this Court has subject matter jurisdiction over the Complaint.  Defendant shall address *Marin General Hospital v. Modesto & Empire Traction Co.*, 581 F.3d 941 (9th Cir. 2009), and any other applicable authority.  Plaintiff shall file any responsive brief, which shall not exceed 10 pages, by **November 18, 2022**.  Defendant may file a reply brief not to exceed 5 pages on or before **November 25, 2022**.

**IT IS SO ORDERED**.