**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>THE J. PAUL GETTY TRUST, ET AL.,<br><br>                Defendants. | Case No. CV 22-5665-DMG (KSx)<br><br>**JUDGMENT** |

On September 26, 2024, the Court granted Defendant The J. Paul Getty Trust's motion to dismiss Plaintiff Healthcare Ally Management of California, LLC's ERISA claim for lack of derivative standing, thereby resolving all remaining issues and claims outstanding herein.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** without prejudice.

DATED: September 26, 2024

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE